UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CALIFORNIA WATER IMPACT NETWORK, | No. 2:21-cv-01533 KJM DMC |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| THE UNITED STATES BUREAU OF RECLAMATION; U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity; and DOES 1 – 100, | |
| Defendants. | |

----oo0oo----

A hearing on plaintiffs' Motion for Temporary Restraining Order (Docket No. 6) is hereby set before the undersigned judge, as the duty judge, on September 7, 2021 at 1:30 p.m., to be held by Zoom video conference. The courtroom deputy clerk will email counsel with the Zoom login information.

IT IS SO ORDERED.

Dated: September 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1