UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AquAlliance,<br><br>               Plaintiff,<br><br>     v.<br><br>California Sportfishing Protection Alliance, et al.,<br><br>               Defendants. | No.  2:21-cv-01533 KJM DMC<br><br>**ORDER** |

      On September 7, 2021, Senior U.S. District Judge William B. Shubb accepted a temporary reassignment of this matter in the absence of the undersigned, and heard plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction.  ECF Nos. 6, 13; *see* Local Rule 122.  That same day, Judge Shubb denied the motion for a temporary restraining order and set the matter for hearing on the motion for a preliminary injunction.  ECF Nos.  16, 17.  On September 14, 2021, Judge Shubb issued an order denying a preliminary injunction.  ECF No. 18.  He also has set a further status conference with the parties for September 27, 2021.  ECF No. 19.

      Due to the time and effort expended by Judge Shubb on the above motions and the knowledge of the case he has gained as a result, the undersigned will reassign the case to Judge Shubb for all purposes to achieve an equitable and just resolution and effect judicial efficiency.

/////

1

In making this reassignment, the undersigned draws on her authority as the currently assigned District Judge and in her role as Chief Judge.  *See* Local Rule Appendix A(f).

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable William B. Shubb.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:21-cv-1533 WBS DMC.  All currently scheduled dates presently set before the undersigned are hereby VACATED.

    It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED:  September 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2