UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; and CALIFORNIA WATER IMPACT NETWORK,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity; and DOES 1 – 100,<br><br>    Defendants. | No. 2:21-cv-01533 KJM DMC<br><br>ORDER STAYING PROCEEDINGS |

----oo0oo----

It appearing that on September 17, 2021, plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Docket No. 22) from this court's Order of September 14, 2021 (Docket No. 18), all proceedings in this case are hereby STAYED pending appeal.  The status conference set for September 27, 2021 is hereby VACATED.  The parties shall promptly

1

notify the court upon final resolution of plaintiffs' appeal.

        IT IS SO ORDERED.

Dated: September 24, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE